[No. 19125-7-III.   Division Three.   February 8, 2001.]

THE CITY OF WALLA WALLA, *Respondent*, v. MELVIN A. TOPEL, *Petitioner*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 99-1-00326-5, Robert L. Zagelow, J., entered January 25, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Kato, JJ. Now published at 104 Wn. App. 816.

[No. 25620-7-II.   Division Two.   February 9, 2001.]

LEO FINNEGAN CONSTRUCTION COMPANY, INC., *Respondent*, v. BLACK HAWK, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-10033-1, Vicki L. Hogan, J., entered January 10, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Quinn-Brintnall, JJ.

[No. 25599-5-II.   Division Two.   February 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN M. PEDRAZZETTI, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 99-8-00105-6, Joel M. Penoyar, J., entered January 21, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Quinn-Brintnall, JJ.

[No. 25526-0-II.   Division Two.   February 9, 2001.]

PEDRO GARZA, *Appellant*, v. JACKIE HORVAT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-2-04005-1, James D. Ladley, J., entered January 19, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.